**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLTON SIMS, | Case No. CV 19-08550-VBF (PD) |
|                Plaintiff, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
|    v. | |
| JASMIN HERRERA, | |
|                Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

IT IS THEREFORE ORDERED that the Complaint and entire action be dismissed without prejudice.

DATED:  October 26, 2020                    /s/ Valerie Baker Fairbank

                                                VALERIE BAKER FAIRBANK
                                           UNITED STATES DISTRICT JUDGE