JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON SIMS, | Case No. CV 19-08550-VBF (PD) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JASMIN HERRERA, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.


DATED:  October 26, 2020

/s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE